IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10055-STA |
| ) | |
| TYLER TRANUM, ) | |
| ) | |
| Defendant. ) | |

ORDER RESETTING CHANGE OF PLEA HEARING
AND EXCLUDING TIME AND NOTICE OF RESETTING

The Change of Plea in this matter is currently set for February 15, 2019 before Chief Judge S. Thomas Anderson. The Change of Plea in the above styled matter is hereby reset to **Tuesday, February 19, 2019, at 10:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

The period from February 15, 2019 through February 19, 2019 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing additional time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

Enter this the 14th day of February, 2019.

s/ S. Thomas Anderson
Chief United States District Judge