IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10055-STA |
| TYLER TRANUM, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

___

This cause came to be heard on April 19, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Tyler Tranum, appearing in person, and with counsel, Daniel Taylor.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, AUGUST 2, 2019 at 9:15 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 19th day of April, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT